**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONTE MORRIS, | No. C 09-00800 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| MICHAEL J. ASTRUE, | |
| Defendant. | |

Plaintiff's motion for summary judgment is denied and defendant's is granted. Judgment is entered accordingly.

**IT IS SO ORDERED.**

Dated: December 23, 2010

SUSAN ILLSTON
United States District Judge